NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONSTANTINE N. POLITES,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**AD HOC COALITION FOR FAIR PIPE IMPORTS FROM CHINA** AND **UNITED STEELWORKERS,**
*Defendants-Appellees.*

---

2011-1606

---

Appeal from the United States Court of International Trade in case no. 09-CV-0387, Chief Judge Donald C. Pogue.

---

**ON MOTION**

---

**ORDER**

The United States moves out of time for a 4-day extension of time, until November 28, 2011, to file its corrected informal brief and supplemental appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 0 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Constantine N. Polites
    Roger B. Schagrin, Esq.
    Michael D. Panzera, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK